1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE NUNO, aka Jorge Nuno Ramos, and DAVID NUNO,.<br><br>Defendant. | CASE NO. 2:00-CR-00467 JAM<br><br>**ORDER DISMISSING INDICTMENT AS TO DEFENDANT JORGE NUNO** |

For the reason set forth in the motion to dismiss filed by the United States, the charges against defendant **JORGE NUNO** in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrants are recalled.

Dated: 3/18/2013                     /s/ John A. Mendez
                                     HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE